UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| LUIS RAMIREZ, | 98 Cr. 438 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

On February 6, 2020, Defendant filed a motion for a sentence reduction pursuant to Section 404 of the First Step Act of 2018. (Dkt. No. 384) In a March 22, 2020 letter, however, Defendant asks this Court to permit him to withdraw his motion without prejudice, citing his "need to assemble additional supporting documents, transcripts, and testaments" which he is "unable to do" during the current coronavirus pandemic. (Mar. 22, 2020 Def. Ltr. (Dkt. No. 391))

Accordingly, it is hereby ORDERED that Defendant's motion for a sentence reduction is withdrawn without prejudice. The Clerk of the Court is directed to terminate the motion. (Dkt. No. 384)

Dated: New York, New York
April 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge